**CLERK'S MINUTES REGARDING**
**RULE 16 SETTLEMENT CONFERENCE**

**NAME OF CASE**:   *Turner v. Romero et al.*
**CASE NO.**:  15cv730 MV/SCY

A Rule 16 Settlement Conference was held before Magistrate Judge Steven C. Yarbrough beginning at 9:00 a.m. on July 8, 2016.

**APPEARANCES:**

**For Plaintiff:**
Joseph Kennedy
Theresa Hasci

**With Client:**
Jack Turner

**For Defendant:**
Allison Beaulieu
Stephanie Griffin
Joseph Turk

**With Client:**
William Sobien (City Adjuster)


**RESULTS OF SETTLEMENT CONFERENCE**:        The case settled.

**TIME SPENT IN SETTLEMENT CONFERENCE:**       1.5 hours