### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEW MEXICO

**JACK WAYNE TURNER,**

    **Plaintiff,**

**v.**                                                                 **No. 1:15-CV-00730 MV-SCY**

**ALBUQUERQUE POLICE DEPARTMENT**
**OFFICERS P. ROMERO, B. PITZER,**
**M. CHAVEZ, D. RODGERS, and JOHN DOE**
**OFFICER, in their individual capacities,**

    **Defendants.**

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41, Plaintiff Jack Wayne Turner, by and through his counsel of record, Joseph P. Kennedy, and Defendant Matthew Chavez, by and through his counsel of record, Assistant City Attorney Allison M. Beaulieu, Defendant Peter Romero, by and through his counsel of record, Michael S. Jahner, hereby stipulate to and concur in the dismissal with prejudice of all of the Plaintiff's claims against Defendants Romero and Chavez, in their individual and official capacities, including all claims that were or could have been included therein, with each party to bear their own costs and attorneys' fees.

Respectfully approved, agreed and stipulated to:


**KENNEDY, KENNEDY & IVES**

By:   */s/ Joseph P. Kennedy*
      Joseph P. Kennedy
      Theresa V. Hacsi
      1000 2nd St. NW
      Albuquerque, NM 87102
      (505) 244-1400
      *Attorney for Plaintiff Jack Wayne Turner*


**CITY OF ALBUQUERQUE**
Jessica M. Hernandez, City Attorney

By:   */s/ Allison M. Beaulieu*
      Allison M. Beaulieu
      Assistant City Attorney
      P.O. Box 2248
      Albuquerque, NM 87103
      (505) 768-4500
      *Attorney for Defendant Matthew Chavez*


**YENSON ALLEN AND WOSICK**

By*:*   */s/ Michael S. Jahner*
      Michael S. Jahner
      4908 Alameda NE
      Albuquerque, NM   87113-1736
      (505) 266-3995
      *Attorney for Defendant Peter Romero*